Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28213−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pierre M Barthelemy
   17 Rynda Rd
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−8157

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/8/18
Time:            09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 26, 2018
JAN: dmc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28213-JKS
Pierre M Barthelemy                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Sep 26, 2018
                             Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db            +Pierre M Barthelemy,   17 Rynda Rd,   South Orange, NJ 07079-1462
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
cr            +Planet Home Lending,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
                New York, NY 10004-1734
517751086      Community Affairs,   PO Box 662,   Trenton, NJ 08646-0662
517751088     +GE Cap/New Century Financial Services,   7 Entin Road C/O Pressler & Pressler, LL,
                Parsippany, NJ 07054-5020
517751089      Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517768223     +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517751090      New Jersey Urology,   1515 Broad St Ste B130,   Bloomfield, NJ 07003-3085
517751092      PSE&G,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
517751091      Planet Home Lending,   321 Research Pkwy Ste 303,   Meriden, CT 06450-8342
517751094      SPS, Inc.,   19 Washington Ter,   East Orange, NJ 07017-1909
517751096      State of NJ Dept. Of Comm Affairs,   PO Box 810,   Trenton, NJ 08625-0810
517751097      TOWNSHIP OF South Orange,   101 S Orange Ave,   South Orange, NJ 07079-1901
517767650     +Township of Union,   Tax Collector's Office,   1976 Morris Ave,   Union, NJ 07083-3597
517751098      Union Township Sewer Dept.,   1976 Morris Ave,   Union, NJ 07083-3597
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517751087      E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 27 2018 00:30:49
                Credit Collection Service,   725 Canton St,   Norwood, MA 02062-2679
517751093      E-mail/Text: jennifer.chacon@spservicing.com Sep 27 2018 00:31:02    SPS Inc.,   PO Box 65450,
                Salt Lake City, UT 84165-0450
517751095      E-mail/Text: ebn@rwjbh.org Sep 27 2018 00:30:28    St. Barnabus Medical Center,   PO Box 903,
                Oceanport, NJ 07757-0903
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
```
              Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               NJ_ECF_Notices@McCalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```