UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for Debtor

Order Filed on January 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Pierre Barthelemy,

Case No.: 18-28213

Adv. No.:

Hearing Date: 01 /24/ 2019

Judge: JKS

## ORDER TO APPROVE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

DATED: January 18, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtors: Pierre Barthelemy
Case No.: 18-28213JKS
Caption of Order:    Order to Approve Mortgage Modification

**THIS MATTER** having been opened to the Court upon the Motion of DONALD C. GOINS, ESQ., attorney for the Debtor, Pierre Barthelemy for an Order approving a Loan Modification Agreement and the Chapter 13 Trustee and all parties who have filed a notice of appearance in the case, having been given proper notice, and no objections have been filed, and it appearing that said loan modification is proper and in the best interest of the debtors and the estate, and for good cause shown, it is hereby ordered that:

1. Movants' Motion is hereby granted and the Loan Modification Proposal attached to Motion as Exhibit "A" is approved;

2. Debtors shall file a Modified Plan within 21 days of the entry of the above Order.

3. The Trustee is to stop all payments to secured creditor, Planet Home Lending, LLC, as all arrears are to be capitalized through the loan modification agreement.

Honorable, John K. Sherwood, U.S.B.J.