UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**(908) 351-1984**
**Fax: (908) 351-1982**
**Attorney for Debtor**

**Order Filed on January 18, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-28213 |
| Pierre Barthelemy, | Adv. No.: |
| | Hearing Date: 01 /24/ 2019 |
| | Judge: JKS |

## ORDER TO APPROVE MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through _____
is hereby **ORDERED**.

**DATED: January 18, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtors: Pierre Barthelemy
Case No.: 18-28213JKS
Caption of Order:    Order to Approve Mortgage Modification


**THIS MATTER** having been opened to the Court upon the Motion of

DONALD C. GOINS, ESQ., attorney for the Debtor, Pierre Barthelemy for an

Order approving a Loan Modification Agreement and the Chapter 13 Trustee and

all parties who have filed a notice of appearance in the case, having been given

proper notice, and no objections have been filed, and it appearing that said loan

modification is proper and in the best interest of the debtors and the estate, and

for good cause shown, it is hereby ordered that:

1.    Movants' Motion is hereby granted and the Loan Modification

Proposal attached to Motion as Exhibit "A" is approved;

2.    Debtors shall file a Modified Plan within 21 days of the entry of

the above Order.

3.    The Trustee is to stop all payments to secured creditor, Planet

Home Lending, LLC, as all arrears are to be capitalized through

the loan modification agreement.


_____

Honorable, John K. Sherwood, U.S.B.J.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-28213-JKS
Pierre M Barthelemy                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 18, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db            +Pierre M Barthelemy,   17 Rynda Rd,   South Orange, NJ 07079-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
           et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
           Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
           NJ_ECF_Notices@McCalla.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 7