Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28213−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pierre M Barthelemy
    17 Rynda Rd
    South Orange, NJ 07079

Social Security No.:
    xxx−xx−8157

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 09/25/2018 and a confirmation hearing on such Plan has been scheduled for 11/8/2018.

The debtor filed a Modified Plan on 02/08/2019 and a confirmation hearing on the Modified Plan is scheduled for 3/14/2019; 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 11, 2019
JAN: ntp

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 18-28213-JKS
Pierre M Barthelemy                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Feb 11, 2019
                              Form ID: 186             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
db             +Pierre M Barthelemy,    17 Rynda Rd,    South Orange, NJ 07079-1462
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Planet Home Lending,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
517751086       Community Affairs,    PO Box 662,    Trenton, NJ 08646-0662
517751088      +GE Cap/New Century Financial Services,    7 Entin Road C/O Pressler & Pressler, LL,
                 Parsippany, NJ 07054-5020
517751089       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517768223      +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517855225      +Nationstar Mortgage LLC D/B/A Mr. Cooper,    PO Box 619096,    Dallas TX 75261-9096
517751090       New Jersey Urology,    1515 Broad St Ste B130,    Bloomfield, NJ 07003-3085
517751092       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517751091       Planet Home Lending,    321 Research Pkwy Ste 303,    Meriden, CT 06450-8342
517751094       SPS, Inc.,    19 Washington Ter,    East Orange, NJ 07017-1909
517751096       State of NJ Dept. Of Comm Affairs,    PO Box 810,    Trenton, NJ 08625-0810
517751097       TOWNSHIP OF South Orange,    101 S Orange Ave,    South Orange, NJ 07079-1901
517767650      +Township of Union,    Tax Collector's Office,    1976 Morris Ave,    Union, NJ 07083-3597
517751098       Union Township Sewer Dept.,    1976 Morris Ave,    Union, NJ 07083-3597
517881260      +Wilmington Trust, National Association, not in its,    Planet Home Lending,
                 321 Research Parkway, Suite 303,    Meriden CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:44       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:42       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517751087       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 12 2019 00:39:28
                 Credit Collection Service,    725 Canton St,    Norwood, MA 02062-2679
517881247       E-mail/Text: jennifer.chacon@spservicing.com Feb 12 2019 00:39:36
                 Deutsche Bank National Trust Company, Et Al.,    c/o Select Portfolio Servicing,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
517887044      +E-mail/Text: bankruptcy@pseg.com Feb 12 2019 00:37:50       PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517751093       E-mail/Text: jennifer.chacon@spservicing.com Feb 12 2019 00:39:36       SPS Inc.,    PO Box 65450,
                 Salt Lake City, UT 84165-0450
517877450       E-mail/Text: jennifer.chacon@spservicing.com Feb 12 2019 00:39:36
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517751095       E-mail/Text: ebn@rwjbh.org Feb 12 2019 00:39:08       St. Barnabus Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Feb 11, 2019
                              Form ID: 186             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2019 at the address(es) listed below:

```
              Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               NJ_ECF_Notices@McCalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```