| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DONALD C. GOINS, ESQ. (DCG1005)**<br>**GOINS & GOINS, LLC**<br>**323 Washington Avenue**<br>**Elizabeth, NJ 07202**<br>**Phone: (908) 351-1984**<br>**Fax: (908) 351-1982**<br>**Attorney for the Debtor** | Order Filed on November 12,<br>2019 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
|---|---|
| In Re:<br><br>Pierre M. Barthelemy, | Case No.: 18-28213<br>Chapter : 13<br>Hearing Date:<br>Judge: JKS |

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 12, 2019

_____
Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by <u>the debtor</u>, and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certificate of Service*.