UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**DONALD C. GOINS, ESQ. (DCG1005)**
**GOINS & GOINS, LLC**
**323 Washington Avenue**
**Elizabeth, NJ 07202**
**Phone: (908) 351-1984**
**Fax: (908) 351-1982**
**Attorney for the Debtor**

Order Filed on November 12, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Pierre M. Barthelemy,

Case No.:    18-28213

Chapter :    13

Hearing Date:

Judge:    JKS

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 12, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by <u>the debtor</u>, and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order.

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certificate of Service*.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28213-JKS
Pierre M Barthelemy                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db             +Pierre M Barthelemy,   17 Rynda Rd,   South Orange, NJ 07079-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com
              Shauna M Deluca    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10