Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−28213−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pierre M Barthelemy
   17 Rynda Rd
   South Orange, NJ 07079

Social Security No.:
   xxx−xx−8157

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 19, 2019
JAN: mg

                                            Jeanne Naughton
                                            Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-28213-JKS
Pierre M Barthelemy                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Dec 19, 2019
                              Form ID: 148             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Pierre M Barthelemy,    17 Rynda Rd,    South Orange, NJ 07079-1462
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Planet Home Lending,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
518128700      +BUREAU OF HOUSING INSPECTION,    P.O. Box 810,    Trenton NJ 08625-0810
517751086       Community Affairs,    PO Box 662,    Trenton, NJ   08646-0662
517751088      +GE Cap/New Century Financial Services,    7 Entin Road C/O Pressler & Pressler, LL,
                 Parsippany, NJ 07054-5020
517751089       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX   75019-4620
517768223      +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517855225      +Nationstar Mortgage LLC D/B/A Mr. Cooper,    PO Box 619096,    Dallas TX 75261-9096
517751090       New Jersey Urology,    1515 Broad St Ste B130,    Bloomfield, NJ   07003-3085
517751092       PSE&G,    P.O. Box 14444,    New Brunswick, NJ   08906-4444
517751091       Planet Home Lending,    321 Research Pkwy Ste 303,    Meriden, CT   06450-8342
517751094       SPS, Inc.,    19 Washington Ter,    East Orange, NJ   07017-1909
517751096       State of NJ Dept. Of Comm Affairs,    PO Box 810,    Trenton, NJ   08625-0810
517751097       TOWNSHIP OF South Orange,    101 S Orange Ave,    South Orange, NJ   07079-1901
517767650      +Township of Union,    Tax Collector's Office,    1976 Morris Ave,    Union, NJ 07083-3597
517751098       Union Township Sewer Dept.,    1976 Morris Ave,    Union, NJ   07083-3597
517881260      +Wilmington Trust, National Association, not in its,    Planet Home Lending,
                 321 Research Parkway, Suite 303,    Meriden CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2019 00:41:54      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2019 00:41:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517751087       EDI: CCS.COM Dec 20 2019 05:03:00      Credit Collection Service,    725 Canton St,
                 Norwood, MA  02062-2679
517881247       E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2019 00:42:52
                 Deutsche Bank National Trust Company, Et Al.,    c/o Select Portfolio Servicing,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
517887044      +E-mail/Text: bankruptcy@pseg.com Dec 20 2019 00:40:50      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517751093       E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2019 00:42:52      SPS Inc.,    PO Box 65450,
                 Salt Lake City, UT  84165-0450
517877450       E-mail/Text: jennifer.chacon@spservicing.com Dec 20 2019 00:42:52
                 Select Portfolio Servicing, Inc.,    Bankruptcy Department,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517751095       E-mail/Text: ebn@rwjbh.org Dec 20 2019 00:42:18      St. Barnabus Medical Center,    PO Box 903,
                 Oceanport, NJ  07757-0903
                                                                                               TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Dec 19, 2019
                              Form ID: 148               Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:

              Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               et al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
               phillip.raymond@mccalla.com
              Shauna M Deluca    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10