| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    PIERRE M BARTHELEMY | Order Filed on December 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13 Case No.:  18-28213<br><br>HEARING DATE:  12/12/2019<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): PIERRE M BARTHELEMY

Case No.: 18-28213

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 11/14/2019, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-28213-JKS
Pierre M Barthelemy                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                Page 1 of 1            Date Rcvd: Dec 19, 2019
                                Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Pierre M Barthelemy,    17 Rynda Rd,    South Orange, NJ 07079-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:
      Donald C. Goins    on behalf of Debtor Pierre M Barthelemy dcgoins1@gmail.com,
       G25787@notify.cincompass.com
      Jonathan C. Schwalb    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
      Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
       et al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
       Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-8
       NJ_ECF_Notices@mccalla.com
      Phillip Andrew Raymond    on behalf of Creditor    U.S. Bank National Association
       phillip.raymond@mccalla.com
      Shauna M Deluca    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       sdeluca@rasflaw.com
      Sindi Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 10